# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MIKE GARZA,<br><br>            Plaintiff,<br><br>    v.<br><br>CAROLYN W. COLVIN,<br>Acting Commissioner of Social Security,<br><br>            Defendant. | )  Case No.: 1:13-cv-00891- JLT<br>)<br>)  ORDER GRANTING EXTENSION OF TIME<br>)<br>)  (Doc. 15)<br>)<br>)<br>)<br>)<br>) |

On February 18, 2014, the parties filed a stipulation for an extension of time for Plaintiff to file an opening brief. (Doc. 15.) Notably, the Scheduling Order allows a single thirty-day extension of time by the stipulation, which has not been used by the parties. (*See* Doc. 9 at 4.)

Accordingly, **IT IS HEREBY ORDERED**:

1. The request for an extension of time is **GRANTED**; and

2. Plaintiff **SHALL** file his opening brief on or before **March 20, 2014**.

IT IS SO ORDERED.

Dated:   **February 19, 2014**                           **/s/ Jennifer L. Thurston**
                                                         UNITED STATES MAGISTRATE JUDGE

1